AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>ggggWilson, Billy R. | 2. Court or Organization<br><br>U. S. District Court | 3. Date of Report<br><br>05/01/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>.to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>600 West Capitol Avenue, Suite A403<br>Little Rock, AR 72201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Hendrix College |
| 2. Board Member | Federal Judges Association |
| 3. Board Member | Eighth Circuit Historical Society |
| 4. Board Member | Eighth Circuit Judicial Council |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

ggggWilson, Billy R.

| Name of Person Reporting | Date of Report |
|---|---|
| ggggWilson, Billy R. | 05/01/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Lawyer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | May 19, 2010 - May 25, 2010 | Washington, DC | Association Meeting | transportation, lodging and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Mastercard - balance is normally paid at the end of every month | Credit Card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ggggWilson, Billy R. | 05/01/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Hotchkis & Wiley All Cap Value | | None | K | T | | | | | |
| 2. | Alliance Bernstein | | None | | | Sold | 10/13/10 | J | A | |
| 3. | Blackrock Basic Value | | None | J | T | Sold (part) | 10/13/10 | K | A | |
| 4. | ----- | A | Distribution | J | T | Distributed (part) | 12/01/10 | J | A | |
| 5. | Boston Advisors Equity | | None | | | Sold | 10/13/10 | K | A | |
| 6. | Capital Guardian Research | | None | | | Sold | 10/13/10 | J | A | |
| 7. | Evergreen Omega merged into Wells Fargo Advantagee Omega Gro | | None | | | Merged (with line 26) | 05/01/10 | K | | |
| 8. | Equity Growth PLUS | | None | | | Sold | 10/13/10 | J | A | |
| 9. | GAMCO | | None | K | T | Sold (part) | 10/13/10 | K | A | |
| 10. | ------ | A | Distribution | K | T | Distributed (part) | 12/01/10 | K | A | |
| 11. | Globall Multi-Sector | | None | J | T | Buy | 01/13/10 | J | | |
| 12. | ----- | | None | | | Sold | 10/01/10 | J | A | |
| 13. | International Growth | | None | K | T | Buy | 10/13/10 | K | | |
| 14. | ----- | | None | K | T | Distributed (part) | 12/01/10 | K | A | |
| 15. | Large Cap Growth | | None | K | T | Buy | 10/01/10 | K | | |
| 16. | | | Distribution | K | T | Distributed (part) | 12/01/10 | K | A | |
| 17. | Montag & Caldwell | | None | K | T | Buy | 10/13/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ggggWilson, Billy R. | 05/01/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ------ | | None | K | T | Sold (part) | 12/01/10 | K | A | |
| 19. ------ | A | Distribution | K | T | Distributed (part) | 12/01/10 | K | A | |
| 20. Mid Cap Value Plus | | None | | | Sold | 10/01/10 | J | A | |
| 21. Morgan Stanley Mid Cap | | None | K | T | Buy | 10/13/10 | K | | |
| 22. ----- | | Distribution | K | T | Distributed (part) | 12/01/10 | K | A | |
| 23. Oppenheimer Global | | None | | | Sold | 10/01/10 | J | A | |
| 24. Van Kampen | | None | J | T | Buy | 10/13/10 | J | | |
| 25. ----- | | Distribution | J | T | Distributed (part) | 12/01/10 | J | A | |
| 26. Wells Fargo Omega Advantage Omega Growth | | None | J | T | Buy | 03/04/10 | J | | |
| 27. ----- | | None | | | Sold | 10/01/10 | K | A | |
| 28. Lion Oil | B | Royalty | J | W | | | | | |
| 29. Endeavor Oil | A | Royalty | J | W | | | | | |
| 30. Harvest Oil Gas Lease | A | Rent | J | W | Open | 10/21/10 | J | | Braadly County, Arkansas |
| 31. American Funds Growth | | None | K | T | Sold (part) | 12/22/10 | K | A | . |
| 32. Artio Global High Vol | | None | J | T | | | | | |
| 33. Columbia Acorn International | | None | J | T | | | | | |
| 34. Dodge and Cox International | | None | J | T · | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ggggWilson, Billy R. | 05/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. ETF SPDR DJREIT | | None | J | T | | | | | |
| 36. Goldman Sachs | | None | K | T | Buy | 11/26/10 | K | | |
| 37. IShares Barclays Tips Bond Fund | | None | J | T | | | | | |
| 38. IShares Trust Russell | | None | K | T | | | | | |
| 39. IShares Russell Midcap | | None | | | Sold | 11/26/10 | K | C | |
| 40. Loomis Sayles Global | | None | J | T | | | | | |
| 41. Oppenheimer | | None | K | T | Buy | 11/26/10 | K | | |
| 42. Perkins Mid Cap - formerly Janus Mid Cap | | None | K | T | | | | | |
| 43. Pimco Total Return Fund | | None | K | T | | | | | |
| 44. Royce Total Return Fund | | None | K | T | | | | | |
| 45. SSGA Emerging Markets | | None | | | Sold | 11/26/10 | K | C | |
| 46. Sentinel Small Company | | None | K | T | Buy (add'l) | 04/12/10 | K | | |
| 47. ------ | | None | K | T | Sold (part) | 04/12/10 | K | B | |
| 48. Van Eck Global Hard Assets | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ggggWilson, Billy R. | 05/01/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Service for positions listed in I. are not paid positions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Billy R. ggggWilson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL AVENUE, SUITE A403
LITTLE ROCK, AR 72201

BILL WILSON
UNITED STATES DISTRICT JUDGE

OFFICE: (501) 604-5140

September 8, 2011

The Honorable Bobby R. Baldock
Judicial Conference of the U. S.
    Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.  20544

Re:    Calendar Year 2010 Filing

Dear Judge:

Enclosed for your ready reference is a copy of your letter dated August 23, 2011.

In my 2009 report it is noted in Part VII, page 5, line 18 under Section A the following:

**Marisco Focus-name changed-Focus PLUS then Equity Growth PLU**

Equity Growth can be found on Part VII, line 8 of my 2010 report.

If you need any further information, please let me know.

Cordially,

Bill R. Wilson

Enclosure

Wilson, Billy R.